■ ERLENE WHITE, Individually and as Administratrix of the Estate of LARRY WHITE, Deceased, Respondent, v COUNTY OF ERIE, Appellant, and DIETRICH V. JEHLE, M.D., Respondent. (Appeal No. 1.) [765 NYS2d 817] —Appeal from an order of Supreme Court, Erie County (Glownia, J.), entered March 13, 2003, which, inter alia, granted plaintiff's motion for leave to discontinue the action against defendant Dietrich V. Jehle, M.D.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.